**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01505-CV

### DALLAS NATIONAL INSURANCE COMPANY, Appellant

### V.

### CALITEX CORP., ELSHIR ENTERPRISES, L.P. AND THOMAS, L.P., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14157**

## ORDER

Pursuant to section 462.309 of the Texas Insurance Code, we stayed this appeal for a period of six months from the date appellant was deemed impaired—April 28, 2014. *See* TEX. INS. CODE ANN. § 462.309 (West 2009). The six-month period has now expired. Accordingly, we **REINSTATE** the appeal. As the briefs have been filed, the appeal will be submitted in due course.

/s/    ADA BROWN
       JUSTICE